MSE
AO 442 (Rev. 11/11) Arrest Warrant                                                                                                                    2020R00251

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

(2) BAILEY MARIE BALDUS

Case No. 20-mj-365 HB

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BAILEY MARIE BALDUS
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment       ___ Superseding Indictment       ___ Information       ___ Superseding Information    X   Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

On or about May 28, 2020, in St. Paul, in the State and District of Minnesota, the defendants MCKENZY ANN DEGIDIO DUNN and BAILEY MARIE BALDUS conspired with Samuel Elliott Frey and Co-Conspirator CF to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, 844(i), all in violation of Title 18, United States Code, Section 371.

Date: June 8, 2020

*Issuing officer's signature*

City and State:  St. Paul, MN

The Honorable Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*