# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **Bailey Marie Baldus** <br><br> Defendant. | Docket No. 0864 0:20-MJ-00365-HB (002)(DTS) |

UPON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE and FOLOWING A HEARING ON THE MATTER HELD ON JUNE 19, 2020:

IT IS HEREBY ORDERED That the conditions of release are REMOVED:

> Maintain residence at a halfway house or community corrections center, as the U.S. Probation and Pretrial Services Office or supervising officer considers necessary, and observe the rules and regulations of that facility.

> Participate in one of the following location restriction programs and comply with its requirements:

> Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities preapproved by the U.S. Probation and Pretrial Services Office or supervising officer.

And, the following condition is ADDED:

Comply with a residential requirement that she reside at a residence approved by the U.S. Probation and Pretrial Services Officer.

Signed and executed this 19 day of June, 2020.

*s/ David T. Schultz*

Honorable David T. Schultz
U.S. Magistrate Judge